FILED

06/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0614

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GARY HANSEN,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's ninth motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 30, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2021